UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUZ QUINTERO and ARMANDO QUINTERO,

                                                              JUDGMENT
                                                              17-CV-03932 (FB) (RER)

                          Plaintiffs,

   -against-

WELLS FARGO BANK N.A., LAW OFFICES OF
WALTER A. ANON, P.A., LAW OFFICES OF
AARON I. KATSMAN, P.C., ALEXANDER
SHIRYAK, P.C., JP MORGAN CHASE
BANK, N.A., HOMEBRIDGE FINANCIAL
SERVICES, INC., YAKOV NIYAZOV,
BYDEX B LLC, STEVEN BURROUGHS,
and JOHN DOE NOS. 1 and 2,

                          Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on December 6, 2018, adopting the Amended Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated October 15, 2018, which recommended the following: that Plaintiffs' motion for default judgment against Bydex B LLC and Burroughs be granted; and that a total judgment of $234,986.90, subject to post-judgment interest, against Defendants, jointly and severally be entered; it is

        ORDERED and ADJUDGED that Plaintiffs' motion for default judgment against Bydex B LLC and Burroughs is granted; and that Plaintiffs are awarded a total amount of $234,986.90 against Defendants, jointly and severally, plus post-judgment interest.

Dated: Brooklyn, New York                                            Douglas C. Palmer
       December 7, 2018                                                Clerk of Court

                                                                       by:    */s/ Jalitza Poveda*
                                                                                  Deputy Clerk